IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                          Criminal No.5:12CR50059-001

CODY MALONE,
        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Indictment, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 2253 as property which was used or intended to be used to commit the offense alleged in Count One of the Indictment.

On October 26, 2012, the defendant, CODY MALONE, pleaded guilty to Count One of the Indictment and further agreed to the forfeiture of the personal property listed in the forfeiture allegation. By virtue of said guilty plea the United States is entitled to possession of said properties pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Count One of the Indictment, the United States is hereby authorized to seize the personal property described as:

    (a)    IPAD, serial number DN6G2Q9ZDFHW

    (b)    Iphone, Serial number C8WH70JXDT9V

    (c)    Mac Book Pro, Serial Number W89041EXM66D

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1).

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this 26th day of OCT, 2012.

HONORABLE JIMM LARRY HENDREN
U.S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 2 6 2012

CHRIS R. JOHNSON, CLERK
BY
      DEPUTY CLERK