IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                              Criminal No. 5:12CR50050-001

CODY MALONE

**FINAL ORDER OF FORFEITURE**

On October 26, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 21). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States:

1. One IPad serial number DN6G2Q9ZDFHW

2. One IPhone 4s serial number C8WH70JX0T9V

3. One Mac Book Pro Serial number W8941EXM66D

pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On December 4, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 26, 2012, shall become final at this time.

IT IS SO ORDERED this 29 day of March, 2013.

HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 2 9 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK