IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                        CASE NO. 5:12-CR-50050

CODY JAMES MALONE                                                   DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 40) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on October 9, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 40) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Order (Doc. 38) is **DENIED without prejudice to Defendant filing a § 2241 petition in the appropriate district after he has exhausted the Bureau of Prison's administrative remedies**.

**IT IS SO ORDERED** on this 30th day of October, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1